**SEQUOR LAW**
Edward H. Davis, Jr. (*pro hac vice*)
Joseph Rome (*pro hac vice*)
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
E-mail: edavis@sequorlaw.com
E-mail: tplochocki@sequorlaw.com
E-mail: jrome@sequorlaw.com

**ROBINS KAPLAN LLP**
Michael Geibelson (SBN 179970)
Li Zhu (SBN 302210)
Belle Borovik (SBN 338821)
555 Twin Dolphin Dr., Suite 310
Redwood City, CA 94065-2133
Telephone: (650) 784-4013
Facsimile: (612) 339-4181
E-mail: mgeibelson@robinskaplan.com
E-mail: lzhu@robinskaplan.com
E-mail: bborovik@robinskaplan.com

*Counsel for Applicants*

**UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re Application of<br><br>EXCHANGE UNION COMPANY; SHANGHAI HUIYIN GROUP CO. LTD.; SHANGHAI SHENGYI INFORMATION NETWORK CO., LTD.; and WO WEI DONG,<br><br>Applicants,<br><br>Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence for Use in a Foreign and International Proceeding. | Case No. 4:24-mc-80289-YGR<br><br>**APPLICANTS' NOTICE AND STATEMENT OF RECENT DECISION**<br><br>Date: May 27, 2025<br>Time: 2:00 p.m.<br>Dept.: Courtroom 1 – 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Local Rule 7-3(d)(2), Applicants Wo Weidong, ("Mr. Wo") Exchange Union Company, Shanghai Huiyin Group Co. Ltd., and Shengyi Information Network Co., Ltd. (together, "Applicants") respectfully submit this Notice and Statement of Recent Decision ("Notice"). The Notice is relevant to Wo Qi, Sun Hongmin, Digital Finance Group Company ("DFGC"), and Smart River Investments Limited's ("SRIL") (collectively, "Intervenors") Motion to Vacate Order and Quash the Subpoena Served on Payward, Inc. d/b/a Kraken ("Kraken"). Dkt. No. 18 ("Motion").

1. On April 14, 2025, the High Court of the Republic of Singapore issued a ruling in case number HC/OC 107/2024 (the "Singapore Proceeding") granting Applicants' motion to amend their pleadings through a Second Amended Statement of Claim. A copy of the hearing transcript containing the Singapore High Court's oral analysis and decision on the record, dated April 14, 2025, is attached hereto as **Exhibit 1** (in line with Singaporean practice, the transcript is not a verbatim recording of the proceeding).

2. A true and correct copy of the Second Amended Statement of Claim, which is now the operative pleading in Singapore, is attached as **Exhibit 2**.

3. Because Applicants filed their Second Amended Statement of Claim in part for the purpose of applying for an additional preliminary injunction, Applicants today have lodged such an injunction application with the Singapore High Court. Applicants' Singapore application relies in part on certain account documents associated with Singapore defendant Wo Quan,[1] who has not intervened in the instant case, produced by Kraken in response to the subpoena that Intervenors seek to quash in their Motion. To date, Intervenors have neither sought the clawback of these documents nor requested to review copies.

In an abundance of caution, Applicants have redacted these documents in the Singapore Proceeding and have redacted all references to these documents in their Singapore application.

---

[1] As discussed in Applicants' Opposition to the Motion, Kraken is withholding Intervenors' account records until the resolution of the Motion. Dkt. No. 19 at 5, 20.

Applicants expressly informed the Singapore High Court that this Court is currently considering the instant Motion.

Dated: April 30, 2025

Respectfully submitted,

**SEQUOR LAW**

*/s/ Edward H. Davis, Jr.*
Edward H. Davis, Jr. (*pro hac vice*)
Joseph Rome (*pro hac vice*)
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
E-mail: edavis@sequorlaw.com
E-mail: jrome@sequorlaw.com

**ROBINS KAPLAN LLP**
Michael Geibelson (SBN 179970)
Li Zhu (SBN 302210)
Belle Borovik (SBN 338821)
555 Twin Dolphin Dr., Suite 310
Redwood City, CA 94065-2133
Telephone: (650) 784-4013
Facsimile: (612) 339-4181
E-mail: mgeibelson@robinskaplan.com
E-mail: lzhu@robinskaplan.com
E-mail: bborovik@robinskaplan.com